IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GUILLERMINA REYES OSORIO DE )
GOMEZ, individually and as a Personal )
Representative of the Estate of Marcos ) No. 3-09-0373
Antonio Quiros Gomez )
)
v. )
)
CECO CONCRETE CONSTRUCTION, )
LLC; and MCC MECHANICAL, LLC[1] )

O R D E R

Pursuant to the order entered March 5, 2012 (Docket Entry No. 81), counsel for the parties called the Court on March 28, 2012, at which time plaintiff's counsel advised that he had completed negotiations with the worker's compensation carrier, and received original documents from the carrier relating the worker's compensation case. Plaintiff's counsel hopes to communicate with the plaintiff by March 30, 2012, to determine if a final settlement can be reached.

Counsel for the parties shall convene a telephone conference call with the Court on **Monday, April 30, 2012, at 9:00 a.m.,** to be initiated by defendant's counsel, to address whether the parties have been able to reach a final settlement, and, if the parties will not be able to reach a settlement in this case, to address deadlines for the remaining progression of the case and rescheduling the trial.

If the parties have filed an agreed order or stipulation of dismissal prior to April 30, 2012, the conference call will be automatically cancelled.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

---

[1] The plaintiff's claims against defendant CECO Concrete Construction, LLC were dismissed by order entered September 28, 2011 (Docket Entry No. 74).